# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : Docket CR-21-21
:
v. :
:
CHRISTOPHER LaRUE :

## Order

**AND NOW**, to wit, this _____ day of _____, 2022, the Court hereby **FINDS** and **ORDERS** that Defendant's Motion to Continue sentencing is **GRANTED**. Trial in the matter is hereby continued until _____.

                                    **BY THE COURT:**

                                    _____

                                                    **PRATTER, J.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket CR-21-21 |
| | : | |
| v. | : | |
| | : | |
| CHRISTOPHER LaRUE | : | |

**Defendant's Motion for Continue Sentencing**

TO THE HONORABLE GENE E.K. PRATTER, JUDGE OF THE SAID COURT:

Defendant, Christopher LaRue, by and through his attorney, Brian J. Zeiger, Esquire, hereby moves to continue the February 22, 2022, trial date, states as follows:

**I. BACKGROUND**

1. On October 5, 2021, the Defendant changed his plea to guilty regarding the instant matter.

2. This Honorable Court set the sentencing date for January 19, 2022.

3. Undersigned counsel received a copy of the presentence report, traveled to FDC Philadelphia, reviewed the report with the defendant, and answered all of his questions regarding the presentence report and sentencing.

4. Since the time of counsel's prison visit, the Defendant's significant other has contacted undersigned counsel and asked counsel to conduct a second visit to FDC Philadelphia because the Defendant has a significant amount of additional questions related to the presentence report and the sentencing.

5. On January 6, 2022, undersigned counsel had a direct covid exposure.

6. Undersigned counsel asked Your Honor for a continuance of the sentencing.

7. Your Honor continued the sentencing until February 22, 2022.

8. Undersigned counsel has been unable to visit with his client at FDC Philadelphia because of a covid outbreak at the detention center.

9. Undersigned counsel traveled to FDC Philadelphia for a visit and was turned away. Further, counsel was not allowed to have a video visit with his client. Visitation was completely closed to attorneys for weeks.

10. Visitation by appointment opened on February 7, 2022; however, counsel has been unable to visit with Mr. LaRue due to his trial calendar, including a jury trial in Montgomery County that started on February 9, 2022.

11. Accordingly, undersigned counsel respectfully request a continuance of the sentencing.

12. This is counsel's second continuance request.

13. The government has no objection to the request.

14. Accordingly, the Defendant by and through undersigned counsel requests a continuance.

**WHEREFORE**, Defendant, Christopher LaRue, respectfully requests this Honorable Court enter the proposed Order.

Respectfully submitted,

_____*Brian J. Zeiger, Esquire /S*
LEVIN & ZEIGER LLP

By:  Brian J. Zeiger, Esquire
Two Penn Center
1500 JFK Blvd., Suite 620
Philadelphia, PA  19102
(215) 546.0340
(215) 279-8702 (fax)
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket CR-21-21 |
| | : | |
| v. | : | |
| | : | |
| CHRISTOPHER LaRUE | : | |

## Certificate of Service

I, Brian J. Zeiger, Esquire, hereby certify that I am this day filing the Defendant's Motion to Continue and serving a true and correct copy of same upon the assigned AUSA via ecf.

        *Brian J. Zeiger, Esquire /S*
LEVIN & ZEIGER LLP
By: Brian J. Zeiger, Esquire
Two Penn Center
1500 JFK Blvd., Suite 620
Philadelphia, PA 19102
(215) 546.0340
(215) 279-8702 (fax)
Attorney for Defendant

DATED: February 9, 2022